UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY M. ESPARZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00782-NAB |
| | ) | |
| DIANE MANLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Johnny M. Esparza's Motion for Extension of Time to File Plaintiff's Amended Complaint. (Docket No. 11). Good cause having been shown, the Court will grant plaintiff's motion and give plaintiff thirty (30) days from the date of this order in which to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Extension of Time to File Plaintiff's Amended Complaint (Docket No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have **thirty (30) days** from the date of this order in which to file an amended complaint.

Dated this 8th day of November, 2018.

       /s/ Nannette A. Baker
    NANNETTE A. BAKER
    UNITED STATES MAGISTRATE JUDGE