# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY M. ESPARZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-782-NAB |
| | ) | |
| DIANE MANLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for additional time to respond to plaintiff's first amended complaint. (Docket No. 18). The motion states that additional time is needed to investigate plaintiff's allegations, and that counsel for plaintiff has indicated that he has no objection to the Court granting defendants additional time. Good cause having been shown, the Court will grant defendants' motion and give defendants thirty (30) days from the date of this order in which to file their response.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for additional time to respond to plaintiff's first amended complaint (Docket No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants shall have **thirty (30) days** from the date of this order in which to file their response.

Dated this 9th day of January, 2019.

                                                    /s/ Nannette A. Baker
                                                NANNETTE A. BAKER
                                                UNITED STATES MAGISTRATE JUDGE