**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHNNY M. ESPARZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00782-RWS |
| | ) | |
| DIANE MANLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for an extension of time to file a reply in support of their motion for partial judgment on the pleadings. (Docket No. 38). The motion states that defendants' counsel has been out-of-state twice this week for hearings in other matters, and requests a one-week extension to file a response. Plaintiff has no objection to the extension. Good cause being shown, defendants' motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for an extension of time to file a reply in support of their motion for partial judgment on the pleadings (Docket No. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants shall have **seven (7) days** from the date of this order in which to file their response.

Dated this 26th day of April, 2019.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE