**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHNNY M. ESPARZA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:18-cv-00782-SEP** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CRAWFORD COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all claims raised in the above-captioned matter in their entirety. It is further stipulated that the parties will each bear their respective costs, expenses, and attorneys' fees.

**Dated: July 7, 2022**

*/s/ Sean M. Pluta*________________
SEAN M. PLUTA (MO #70300)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
(314) 889-8000
Fax No: (314) 231-1776 Fax
spluta@polsinelli.com

KEITH J. GRADY (MO #46757)
100 S. Fourth Street, Suite 600
St. Louis, MO 63102
(314) 256-2550
Fax No: (314) 256-2549
keith.grady@tuckerellis.com

ATTORNEYS FOR PLAINTIFF

/s/ *Sarah B. Mangelsdorf*________________
SARAH BETH MANGELSDORF
One S. Memorial Drive
Suite 1200
St. Louis, MO 63102
(314) 588-7000
Fax: (314) 588-1965
smangelsdorf@foxsmithlaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, an electronic copy of the foregoing was sent through the Missouri e-Filing system to counsel of record.

**Sarah Beth Mangelsdorf**
FOX SMITH LLC
One S. Memorial Drive
Suite 1200
St. Louis, MO 63102
(314) 588-7000
Fax: (314) 588-1965
smangelsdorf@foxsmithlaw.com

*/s/ Sean M. Pluta*